# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD LEN COOLEY,**<br><br>Plaintiff**,**<br><br>vs.<br><br>**CITY OF WALNUT CREEK, ET AL.,**<br><br>Defendants**.** | CASE NO. 18-cv-00719-YGR<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT; SETTING BRIEFING SCHEDULE; VACATING HEARINGS**<br><br>Re: Dkt. Nos. 18, 23, 25 |

In light of the motion to dismiss filed by defendant the City of Walnut Creek (Dkt. No. 25), and for the sake of efficiency, the Court hereby **ORDERS** as follows:

- The Court **GRANTS** plaintiff's motion for leave to file a third amended complaint (Dkt. No 23) pursuant to Federal Rule of Civil Procedure 15(a)(2).[1] Plaintiff's proposed third amended complaint (Dkt. No. 23-1 ("3AC")) is deemed filed and is now the operative complaint in the above-captioned case.
- Accordingly, by no later than **May 1, 2018**, defendants the County of Contra Costa and Alison Chandler on the one hand, and the City of Walnut Creek on the other hand (collectively, "defendants"), may each file a **SUPPLEMENT** to their pending motions to dismiss (Dkt. Nos. 18 & 25, respectively) to address any changes to their motions in light of the operative third amended complaint. Their supplements must be tethered to the modifications made by plaintiff in the third amended complaint, which appear to be limited to the addition of the following two related paragraphs:

> Plaintiff will also seek claims against Contra Costa County District Attorney, Mark Peterson for implementing a practice, policy, or custom

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds plaintiff's motion appropriate for decision without oral argument.

> or [sic] withholding Brady evidence and failure to train or retain [sic] deputy district attorney [sic] to disclose exonerating evidence[.]

(3AC at 2.)

> Plaintiff intends to prove that County of Contra Costa District Attorney, Mark Peterson implemented a practice, policy or custom of withholding *Brady* evidence and failed to train or retrain his deputy district attorneys to disclose exonerating evidence.

(3AC at 3.)

- Plaintiff may have until **May 15, 2018** to respond to the City of Walnut Creek's motion to dismiss (and any corresponding supplement), rather than the current filing deadline of May 7, 2018. In his filing, plaintiff may also respond to any supplement made by the County of Contra Costa and Alison Chandler to their motion to dismiss.[2]
- Any reply by defendants must be filed by no later than **May 22, 2018**.

Until further notice, the Court **VACATES** the hearings on the motions to dismiss, set for May 8, 2018 and June 5, 2018. The Court may reset the hearings to the extent the Court deems it necessary to resolve the pending motions.

This Order terminates Docket Number 23.

**IT IS SO ORDERED.**

Dated: April 24, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[2] The Court notes that plaintiff has already opposed the County of Contra Costa's and Alison Chandler's motion to dismiss. (Dkt. No. 20.) Thus, any response by plaintiff to their supplement must be limited to addressing the supplement and must not be taken by plaintiff as an opportunity to repeat arguments made in his opposition.