# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD LEN COOLEY,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**CITY OF WALNUT CREEK, ET AL.,**<br><br>    Defendants. | CASE NO. 18-cv-00719-YGR<br><br>**ORDER RE: DKT. NO. 41** |

The Court is in receipt of plaintiff's letter regarding his anticipated vacation. (Dkt. No. 41.) The Court hereby advises plaintiff that an order on the pending motions to dismiss (Dkt. Nos. 18, 25) will be issued in due course. In the meantime, plaintiff may file a "Notice of Unavailability" if he leaves the country, including the dates he will be gone. If filed, the Court will keep the dates in mind so that plaintiff is not prejudiced by the fact that he was not in the country.

**IT IS SO ORDERED.**

Dated: September 13, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**