**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GERALD LEN COOLEY,** Plaintiff, vs. **CITY OF WALNUT CREEK, ET AL.,** Defendants. | CASE NO. 18-cv-00719-YGR  **ORDER EXTENDING DEADLINE TO FILE AMENDED COMPLAINT; DENYING MOTION TO DISMISS FOR FAILURE TO COMPLY WITH COURT ORDER AS MOOT**  Re: Dkt. No. 48 |

On December 4, 2018, the Court granted the County Defendants' and City's motions to dismiss plaintiff's third amended complaint. (Dkt. No. 45.) The Court dismissed certain claims without leave to amend and the remaining claims with leave to amend. (*See id*. at 17.) The Court gave plaintiff until January 15, 2019 to file an amended complaint.

Rather than file an amended complaint, plaintiff filed a notice of appeal on January 2, 2019. (Dkt. No. 46.) On January 24, 2019, the Ninth Circuit dismissed the appeal for lack or jurisdiction because this Court's order challenged in the appeal is not final or appealable. (Dkt. No. 50.)

In light of the Ninth Circuit's Order, plaintiff's deadline to file an amended complaint is **EXTENDED** to **Tuesday, February 5, 2019**. Should plaintiff choose not to amend his complaint, the prior dismissal will be deemed final, and an order dismissing the case will issue. Once the case is dismissed, plaintiff may then file an appeal.

Accordingly, the motion to dismiss this action for failure to comply with a court order, filed by defendants County of Contra Costa and Alison Chandler, (Dkt. No. 48),[1] is **DENIED AS**

---

[1] On January 23, 2019, defendant City of Walnut Creek joined the motion to dismiss, also moving the Court to dismiss this action with prejudice for the reasons stated in the motion. (Dkt. No. 49.)

**MOOT**. The hearing on the same, set for March 5, 2019, is **VACATED**.

This Order terminates Docket Number 48.

**IT IS SO ORDERED.**

Dated: January 29, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**