# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD LEN COOLEY,**<br>Plaintiff,<br>vs.<br>**CITY OF WALNUT CREEK, ET AL.,**<br>Defendants. | CASE NO. 18-cv-00719-YGR<br><br>**ORDER DENYING MOTION FOR SUMMARY JUDGMENT AND DEEMING SIXTH AMENDED COMPLAINT FILED**<br><br>Re: Dkt. Nos. 71, 76 |

Plaintiff Gerald Cooley, Jr. filed the instant action on February 1, 2019. (Dkt. No. 1.) On April 19, 2019, plaintiff filed a motion for leave to file a sixth amended complaint. (Dkt. No. 71.) Defendants have not opposed the motion for leave. On May 6, 2019, while the motion for leave was pending, plaintiff filed a motion for partial summary judgment. (Dkt. No. 76.)

Plaintiff is advised that the proper procedure under the federal rules must be followed. Federal Rule of Civil Procedure 56 provides that a court "shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Although Rule 56 does not specify a time before which a party may not bring a summary judgment motion, the Court cannot rule on a summary judgment motion before the pleadings are set. Accordingly, the motion for partial summary judgment is premature and is **DENIED** as such, without prejudice to plaintiff renewing its motion at the appropriate time.

Further, the Court **GRANTS** plaintiff's motion to for leave to file the sixth amended complaint, particularly in light of the fact that defendants have not objected to the motion. The sixth amended complaint is deemed **FILED**.

Defendants shall advise the Court by **May 17, 2019** as to whether they accept service of the sixth amended complaint. If they accept service, defendants shall **RESPOND** to the sixth amended complaint by **May 31, 2019**.

The Court **SETS** a case management conference in this matter for **June 17, 2019 at 2:00**

**p.m.,** in Courtroom 1 of the Federal Courthouse located at 1301 Clay Street in Oakland, California.

This Order terminates Dkt. Nos. 71 and 76.

**IT IS SO ORDERED.**

Dated: May 13, 2019

**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE**