UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERALD LEN COOLEY,

    Plaintiff,

v.

GREG LEONARD, et al.,

    Defendants.

Case No. 18-cv-00719-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval by Motions under FRCP Rule 16(b)(4) |
| REFERRED TO MAGISTRATE JUDGE RYU FOR SETTLEMENT CONFERENCE TO BE COMPLETED BY: | September 30, 2019 |
| CASE MANAGEMENT CONFERENCE: | Monday, December 2, 2019 at 2:00 p.m. |
| NON-EXPERT DISCOVERY CUTOFF: | January 17, 2020 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: January 31, 2020<br>Rebuttal: February 14, 2020 |
| EXPERT DISCOVERY CUTOFF: | February 28, 2020 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | April 14, 2020 [Filed by 3/10/2020] |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, July 10, 2020 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | July 17, 2020 |
| PRETRIAL CONFERENCE: | Friday, July 31, 2020 at 9:00 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| TRIAL DATE AND LENGTH: | Monday, August 17, 2020 at 8:30 a.m. for one week Jury Trial |
|---|---|

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, July 10, 2020 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. By July 1, 2020, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear on July 10, 2020, and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: June 21, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge