UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gerald Len Cooley, Jr.<br>　　　　Plaintiff(s),<br><br>vs.<br><br>Greg Leonard et al<br>　　　　Defendant(s). | Case Number: 4:18-cv-00719-YGR<br><br>ORDER APPOINTING COUNSEL |

　　　　Because the plaintiff has requested and is in need of counsel to assist him/her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Mike Tomasulo, David Enzminger and Megan Whipp of Winston & Strawn LLP hereby appointed as counsel for plaintiff Gerald Cooley in this matter.

　　　　The scope of this referral shall be for:

　　　　☒　all purposes for the duration of the case

　　　　☐　the limited purpose of representing the litigant in the course of

　　　　　　☐　mediation

　　　　　　☐　early neutral evaluation

　　　　　　☐　settlement conference

　　　　　　☐　briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

　　　　　　☐　discovery as follows:

　　　　　　☐　other:

　　　　Counsel shall be familiar with General Order No. 25 posted on the Court's website. Further, all proceedings in this action are hereby stayed until four weeks from the date of this order. In the meantime, the parties shall meet and confer on a schedule going forward. A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, April 24, 2020**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. Five (5) business days prior to the date of the compliance hearing, or by **Friday, April 17, 2020**, the parties shall file with the Court a joint statement with a proposed schedule.

In addition, in light of this order, the Court hereby terminates defendants' administrative motion to vacate trial and related dates (Dkt. No. 155) as moot.

IT IS SO ORDERED.

Dated:  March 12, 2020

_____
United States District Judge Yvonne Gonzalez Rogers