DAVID P. ENZMINGER (SBN: 137065)
denzminger@winston.com
MICHAEL A. TOMASULO (SBN: 179389)
mtomasulo@winston.com
MEGAN L. WHIPP (SBN: 319182)
mwhipp@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

*Attorneys for Plaintiff*
*Gerald Len Cooley, Jr.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEN COOLEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM JEHA, GREG LEONARD, DARYL HOLCOMBE and DOES 1-10 inclusive, in their individual and official capacity, <br><br> Defendants. | Case No. 4:18-cv-00719-YGR <br><br> ORDER GRANTING <br> **JOINT STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF GERALD COOLEY LEAVE TO FILE A SEVENTH AMENDED COMPLAINT** <br><br> Honorable:   Judge Yvonne Gonzalez Rogers <br> Courtroom:   1, 4th Floor <br><br> Action filed:   February 1, 2018 <br> Trial Date:    None |

Plaintiff Gerald Lin Cooley, Jr. ("Plaintiff") and Defendants William Jeha, Greg Leonard, Daryl Holcombe (collectively "Defendants"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff initiated this lawsuit *pro se* on February 1, 2018, asserting claims under 42 U.S.C. § 1983 against Defendants Jeha, Leonard and Holcombe. ECF No. 1;

WHEREAS, on May 13, 2019, Plaintiff, acting on his own and with a limited understanding of the law, filed the operative Sixth Amended Complaint. ECF No. 80;

WHEREAS, Defendant Holcombe filed an answer on May 16, 2019 (ECF No. 81), and Defendants Jeha and Williams filed an answer on May 31, 2019 (ECF No. 87);

WHEREAS, on March 12, 2020, the Court appointed Winston & Strawn LLP as counsel for Plaintiff;

WHEREAS, Plaintiff submits that there is good cause to grant leave to file the Seventh Amended Complaint, as doing so will allow Plaintiff to clarify his claims and relief sought;

WHEREAS, the Parties met and conferred regarding Plaintiff's proposed Seventh Amended Complaint on May 20, 2020;

WHEREAS, a copy of Plaintiff's proposed Seventh Amended Complaint is attached hereto as <u>Exhibit 1</u>.

IT IS HEREBY STIPULATED AND AGREED:

1. Plaintiff should be granted leave to amend to file his Seventh Amended Complaint in the form attached hereto as <u>Exhibit 1</u>.
2. Defendants' responsive pleading shall be due thirty (30) days after the Seventh Amended Complaint is filed.

Dated: June 2, 2020                              WINSTON & STRAWN LLP

                                                                                By:  */s/ Megan L. Whipp*
                                                                                    David P. Enzminger
                                                                                    Michael A. Tomasulo
                                                                                    Megan L. Whipp

                                                                                    *Attorneys for Plaintiff*
                                                                                    *Gerald Len Cooley, Jr.*

| | | |
|---|---|---|
| 1 | Dated: June 2, 2020 | CONTRA COSTA COUNTY COUNSEL'S OFFICE |
| 2 | | |
| 3 | | By:  */s/ Patrick L. Hurley*<br>Patrick L. Hurley |
| 4 | | *Attorney for Defendant*<br>*Daryl Holcombe* |
| 5 | Dated: June 2, 2020 | MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP |
| 6 | | |
| 7 | | |
| 8 | | By:  */s/Noah G. Blechman*<br>Noah G. Blechman |
| 9 | | *Attorney for Defendants*<br>*William Jeha and Greg Leonard* |

**FILER'S ATTESTATION**

I, Megan Whipp, the filer of this document, attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

*/s/ Megan L. Whipp*
Megan L. Whipp

**[PROPOSED] ORDER**

Plaintiff Gerald Len Cooley, Jr. ("Plaintiff") and Defendants William Jeha, Greg Leonard, Daryl Holcombe ("Defendants") (together the "Parties") have stipulated that Plaintiff may file his Seventh Amended Complaint.

Having considered the Parties' Stipulation, and for good cause shown, the Parties' Stipulation for Leave to File Seventh Amended Complaint is **GRANTED**. Plaintiff shall file the Seventh Amended Complaint within three (3) days of this Order, and Defendants shall file responsive papers within thirty (30) days thereafter.

**IT IS SO ORDERED**.

DATED this __5th__ day of __June__, 2020.

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge