1    NOAH G. BLECHMAN (State Bar No. 197167)
     noah.blechman@mcnamaralaw.com
2    MCNAMARA, NEY, BEATTY, SLATTERY,
     BORGES & AMBACHER LLP
3    3480 Buskirk Avenue, Suite 250
     Pleasant Hill, CA 94523
4    Telephone: (925) 939-5330
     Facsimile:  (925) 939-0203
5
6    Attorneys for Defendants
     City of Walnut Creek Police Detectives William Jeha and Greg
     Leonard
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12   GERALD LEN COOLEY, Jr.,                    Case No. C18-00719 YGR

13                Plaintiff,                    **NOTICE OF DISASSOCIATION OF
                                               COUNSEL AND REMOVAL FROM
                                               CM/ECF**
14       vs.

15   CITY OF WALNUT CREEK POLICE
     DETECTIVES WILLIAM JEHA,  GREG
16   LEONARD and WCPD DOES 1-10, in
     their individual and official capacities;
17   COUNTY OF CONTRA COSTA
     DISTRICT ATTORNEY FORENSIC
18   INVESTIGATIOR DARYL HOLCOMBE
     and DOES 1-10, in their individual and
19   official capacity,

20                Defendants.

21

22        NOTICE IS HEREBY GIVEN that this Notice of Disassociation is being submitted to

23   inform the Court, parties and counsel that Randolph S. Hom, Esq., is no longer associated with the

24   law firm of McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP.  Please remove the

25   following from your service list:

26   ///

27   ///

28   NOTICE OF DISASSOCIATION OF COUNSEL
     AND REMOVAL FROM CM/ECF
     Case No. C18-00719 YGR

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

1   Randolph S. Hom (State Bar No. 152833)
2   3480 Buskirk Avenue, Suite 250
    Pleasant Hill, CA 94523
3   Telephone:     (925) 939-5330; Facsimile:     (925) 939-0203
    E-mail:  randolph.hom@mcnamaralaw.com

4

5       Noah G. Blechman of McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP remains

6   counsel of record for the City of Walnut Creek Police Detectives William Jeha and Greg Leonard.

7   Dated:  September 27, 2021          MᶜNᴀᴍᴀʀᴀ, Nᴇʏ, Bᴇᴀᴛᴛʏ, Sʟᴀᴛᴛᴇʀʏ,
                                         Bᴏʀɢᴇs & Aᴍʙᴀᴄʜᴇʀ LLP
8

9

10                                      By:  ___/s/ Blechman, Noah G._____
                                             Noah G. Blechman
11                                           Attorneys for Defendants
                                             City of Walnut Creek Police Detectives William Jeha
12                                           and Greg Leonard

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  NOTICE OF DISASSOCIATION OF COUNSEL          2
    AND REMOVAL FROM CM/ECF
    Case No. C18-00719 YGR

MᶜNᴀᴍᴀʀᴀ, Nᴇʏ, Bᴇᴀᴛᴛʏ, Sʟᴀᴛᴛᴇʀʏ, Bᴏʀɢᴇs & Aᴍʙᴀᴄʜᴇʀ LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330