UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## JURY TRIAL MINUTES

| Date: 5/6/2022 | Time: 8:00 – 8:28; 8:40 – 10:24; 10:36 – 11:47; 12:00 – 1:37 p.m. | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 18-cv-719- YGR | Case Name: Gerald Len Cooley, Jr. v. William Jeha | |

**Attorneys for Plaintiff:** David Enzminger, Michael Tomasulo, Dillon Kellerman, Janelle LiAPing, Nikki Kohrram
**Attorneys for Defendant:** Noah Blechman, Amy Rothman

**Deputy Clerk:** Aris Garcia          **Court Reporter:** PAM HEBEL

**PROCEEDINGS**

**Jury Trial – HELD.**
**Further Jury Trial set for 5/9/2022 at 8:00 a.m.**

See attached.

## TRIAL SHEET, EXHIBIT and WITNESS LIST
## CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 5/6/2022 | | | **Court Reporter: Pamela Hebel** | |
| | | 8:00 a.m. | | | **Case called. Discussion with Counsel re: Jury Instructions. Plaintiff's 14th Amendment Claim is Dismissed with prejudice by the Court on Motion by Plaintiff.** | |
| | | 8:28 a.m. | | | **Recess** | |
| | | 8:40 a.m. | | | **Jury enters the Courtroom** | |
| | | 9:00 a.m. | | | **Plaintiff's Counsel Opening Statement** | |
| | | 9:34 a.m. | | | **Defendant's Counsel Opening Statement** | |
| | | 10:20 a.m. | | | **Recess for Jury** | |
| | | 10:20 a.m. | | | **Discussion with Counsel** | |
| | | 10:24 a.m. | | | **Recess** | |
| | | 10:36 a.m. | | | **Jury Enters the Courtroom** | |
| | | 10:36 a.m. | | | **The Court reads aloud the Stipulated Facts for the record** | |
| | | 10:43 a.m. | | | **Plaintiff's Counsel calls witness Sabrina Bagsby for Direct Examination** | P |
| 1 | | 11:02 a.m. | X | X | **Signed Ramey Warrant and Statement of Probable Cause executed by William Jeha on September 22, 2016. -WCPD 1-8** | P |
| | | 11:14 a.m. | | | **Defendant's Counsel Cross-Examination of Bagsby** | |
| | | 11:47 a.m. | | | **Recess** | |
| | | 12:00 p.m. | | | **Jury Enters the Courtroom** | |
| | | 12:03 p.m. | | | **Defendant's Counsel resumes Cross-Examination of Bagsby** | |
| | | 12:11 p.m. | | | **Witness Bagsby is excused** | |
| | | 12:11 p.m. | | | **Plaintiff's Counsel calls witness Daryl Holcombe for Direct Examination** | P |
| 250 | | 12:27 p.m. | X | X | **Darryl Holcombe's Powerpoint presentation of cell site analysis of Larry Griffin's call detail records. (COLOR), similar to Ex. 5** | P |
| 236 | | 12:30 p.m. | X | X | **Holcombe Deposition Exhibit 4 Cell Site Analysis Power Point, color.** | P |
| | | 1:01 p.m. | | | **Defendant's Counsel Cross-Examination of Holcombe** | |
| | 248 | 1:12 p.m. | X | X | **Exh. L in support of Defendant's Motion for Summary Judgment – ECF 194-2** | D |
| | | 1:25 p.m. | | | **Recess for Jury** | |
| | | 1:25 p.m. | | | **Discussion with Counsel** | |
| | | 1:37 p.m. | | | **Court in recess for the day** | |