UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**GERALD LEN COOLEY, JR.**,

    Plaintiff,

v.

**WILLIAM JEHA**,

    Defendant.

Case No. 4:18-CV-00719-YGR

**POST-TRIAL ORDER RESETTING TRIAL**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

On May 11, 2022, the Court declared a mistrial in this case given the jury's inability to reach a unanimous decision. Having considered the Court's and the parties' calendars, the Court resets this case for a jury trial on September 19, 2022 at 8:00 a.m. in Courtroom One of the United States District Court in Oakland, California. Parties are advised that the Court may pick the jury on Wednesday, September 14, 2022. The Court understands that defense counsel has a conflict on September 22 and 23, 2022, so the Court will not be in session for trial that day. All prior orders and rulings remain in effect. To the extent there are any motions, they must be filed on a regular 35-day notice and must be scheduled for hearing no later than August 30, 2022.

Reference is hereby made for, and the parties are further ordered to attend, a mandatory settlement conference with Chief Magistrate Judge Joseph Spero who will contact the parties to schedule the conference.

**IT IS SO ORDERED.**

Dated: May 12, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Chief Magistrate Judge Joseph Spero